IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH LANSDELL                                                              PLAINTIFF

vs.                                    Civil No. 4:12-cv-04106

CAROLYN W. COLVIN                                                            DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Defendant's Motion to Remand. ECF No. 10. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, this Court issues this Memorandum Opinion.

On February 20, 2013, Defendant filed the present Motion. ECF No. 10. Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings. *Id.* Plaintiff has responded to this Motion and has no objections to this Motion. Accordingly, Defendant's Motion to Remand (ECF No. 10) is **GRANTED.** A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 21st day of February 2013.**

                                                /s/  Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                U. S. MAGISTRATE JUDGE

1