IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH LANSDELL                                                                                PLAINTIFF

vs.                                              Civil No. 4:12-cv-04106

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Defendant's Motion to Remand.  ECF No. 10.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 5.  Pursuant to this authority, this Court issues this Memorandum Opinion.

On February 20, 2013, Defendant filed the present Motion.  ECF No. 10.  Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings.  *Id.*  Plaintiff has responded to this Motion and has no objections to this Motion.  Accordingly, Defendant's Motion to Remand (ECF No. 10) is **GRANTED.**  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 21st day of February 2013.**

                                                        /s/  Barry A. Bryant
                                                        HON. BARRY A. BRYANT
                                                        U. S. MAGISTRATE JUDGE