IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH LANSDELL                                                                PLAINTIFF

vs.                                    Civil No. 4:12-cv-04106

CAROLYN W. COLVIN                                                              DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For the reasons stated in the Memorandum Opinion entered in this case on this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 21st day of February 2013.**

                                            /s/  Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            U. S. MAGISTRATE JUDGE